USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
M.W. and P.C., individually and on behalf
of M.C.

                                      Plaintiff,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION.,

                                     Defendant.
----------------------------------------------------------------X

**22-CV-1200 (JPO) (KHP)**

**ORDER CONVERTING INITIAL CASE MANAGEMENT CONFERENCE TO TELEPHONIC**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Initial Case Management Conference in this matter scheduled for

**Wednesday, August 17, 2022, at 10:00 a.m.** is hereby converted to a telephonic conference.

Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:     New York, New York
              June 13, 2022

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge